# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO (AKRON)

| | |
|---|---|
| JULIANNE KOVEIN,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION, LLC and AMERICA'S<br>LOAN COMPANY, LLC,<br>　　　　　Defendants. | CASE NO. 5:22-cv-00839-SI<br><br>Judge Sara Lioi |

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

　　Plaintiff, Julianne Kovein, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union *only* in this action.  Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.  Accordingly, unless otherwise directed by the Court, Trans Union does not intend to participate in the Telephonic Case Management Conference on September 15, 2022, at 12:00 p.m.

Respectfully submitted,

*s/Carl Schwartz (with consent)*
Carl Schwartz

*Counsel for Plaintiff*

*s/ Scott E. Brady*
Scott E. Brady, Esq. (IN #30534-49)
Rachael R. Taylor, Esq. (IN #36372-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 106 & 121
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com
E-Mail:  rtaylor@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **14th day of September, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Gary A. Hansz, Esq. Gary.hansz@crlam.com | Sean M. Kohl, Esq sean@kohlcook.com |
|---|---|
| Timothy J. Cook, Esq. Timothy@kohlcook.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **14th day of September, 2022**, properly addressed as follows:

| None. | |
|---|---|

*s/ Scott E. Brady*
Scott E. Brady, Esq. (IN #30534-49)
Rachael R. Taylor, Esq. (IN #36372-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400, Ext. 106 & 121
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com
E-Mail:  rtaylor@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*