# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JULIANNE KOVEIN, | ) | CASE NO. 5:22-cv-839 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TRANS UNION, LLC, et al, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Counsel having advised the Court that plaintiff has entered into separate settlements with each defendant (*see* Doc. Nos. 14, 17), this case hereby is dismissed with prejudice. Any and all releases, agreements or judgment entries necessary to comply with these settlements shall be executed by the interested parties.

Final agreed entries, approved by counsel for all parties, shall be filed with the Court on or before January 20, 2023.

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: November 16, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**